LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 13-05446 BRO (AGRx) | Date | January 5, 2017 |
|---|---|---|---|
| Title | DAWN YOUNANI V. NEW ENGLAND COMPOUNDING PHARMACY INC ET AL | | |

Present: The Honorable   BEVERLY REID O'CONNELL, United States District Judge

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT REPORT

On October 21 2016, the Court set the Rule 26(f) scheduling conference in this matter for January 9, 2017. (Dkt. No. 16.)

A Joint Report was ORDERED to be filed not later than 7 days before the scheduling conference. The parties have failed to file the Joint Report. The Court VACATES the Scheduling Conference set for January 9, 2017 at 1:30 p.m.

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

The docket reflects that Plaintiff(s) are not actively pursuing this matter. Plaintiffs must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**                                                                                                      :

                                                                        Initials of Preparer            rf